1  Justin Fok, Esq., CA Bar: 242272
2  Law Offices of Jean D. Chen
   2107 N. First Street, Suite 400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Gang "Steven" Chen
7

8
                     **UNITED STATES DISTRICT COURT**
9
                     **NORTHERN DISTRICT OF CALIFORNIA**
10
                            **SAN JOSE DIVISION**
11

12 | **United States of America** | ) Case No. 08-70356 RS
13 |                              | )
   |                              | )
14 |         Plaintiff,           | )
   |                              | )
15 |         vs.                  | ) **Notice of Appearance**
   |                              | )
16 | **Xunmei "Grace" Li,** and   | )
17 | **Gang "Steven" Chen**       | )
   |                              | )
18 |         Defendants           | )
   |                              | )
19 |                              | )

20

21 Notice is hereby given of the entry of the undersigned as counsel for Defendant Gang "Steven"

22 Chen in the above-entitled action.  All further notice and copies of pleadings, papers, and other

23 material relevant to this action should be directed to and served upon:

24     Justin G. Fok, Esq.

25     Law Offices of Jean D. Chen
       2107 N. 1st Street, #400
26     San Jose, CA 95131
       Telephone: (408) 437-1788
27     Facsimile:  (408) 437-9788
28     Email: jfok@jclawoffice.com

Case No. 08-70356 RS                   1
Notice of Appearance

1
2  Dated: July 10, 2008                              ____/s/_____
3                                                    Justin G. Fok
                                                     Attorney for Plaintiff
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 08-70356 RS                 2
Notice of Appearance