| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973<br>Chief, Criminal Division |
| 4 | DAVID R. CALLAWAY (CASBN 121782)<br>Assistant United States Attorney |

FILED

JUL 10 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5596 (Callaway)
Telephone: (415) 436-6830 (Waldinger)
E-mail: David.Callaway@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GANG "STEVEN" CHEN, and<br>XUNMEI "GRACE" LI,<br><br>Defendants. | No. CR 08-70356 RS<br><br>[~~PROPOSED~~]<br>ORDER EXCLUDING TIME<br><br>Date: July 10, 2008<br>Time: 9:30 a.m.<br><br>Before The Honorable Richard Seeborg |

The parties appeared on July 10, 2008, for their initial appearance on the Complaint in this judicial district. The parties jointly requested that this Court set the date for Preliminary Hearing or Arraignment on _September 11, 2008_. The parties also requested that the time between today's date and the date in the preceding sentence be excluded based on a combination of the following reasons: (1) the need for effective defense preparation; (2) continuity of counsel, as Ms. Li's attorney is from Phoenix, Arizona; and (3) the desire to explore a possible pre-indictment resolution of the pending charges.

Based upon the foregoing representations and request made by the parties, and good cause appearing therefor,

Order Excluding Time
**CR 08-70356 RS**

| | |
|---|---|
| 1 |      **IT IS HEREBY ORDERED** that the time between July 10, 2008, and the date handwritten |
| 2 | in the first paragraph shall be excluded from the computation of the period within which the trial of |
| 3 | this matter must commence, for the reasons set forth by the parties in open court.  The Court finds |
| 4 | that the ends of justice outweigh the interests of the public and the parties in a speedier trial based |
| 5 | upon the grounds set forth above and finds that the time is appropriately excluded pursuant to 18 |
| 6 | U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv). |
| 7 |      **IT IS SO ORDERED.** |
| 8 | |
| 9 | DATED: 7-10-08 |
| 10 |      RICHARD SEEBORG |
| 11 |      United States ~~District Judge~~ MAGISTRATE JUDGE |

Order Excluding Time
CR 08-70356 RS